IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BARRY ZARB and MARCIA ZARB, )
)
    Plaintiffs, )
)
v. ) CASE NO. CV417-093
)
GRANT HOMES INCORPORATED, )
BRIAN GRANT, and SCOTT GRANT, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor motion for summary judgment in this case, Plaintiffs' request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA